AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ronald Arthur Weaver

### V.                                    JUDGMENT IN A CIVIL CASE

Ken Clerk; Gerald Brown

**CASE NUMBER:**   10cv00655-LAB-POR

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Petitioner's habeas petition is denied in its entirety. The Court will grant the Petitioner a certificate of appealability as to Grounds 1-7 for relief-his ineffective assistance of trial counsel claims- but not as to Grounds 8-10.........................................................................................................................................

| January 10, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson

(By) Deputy Clerk

ENTERED ON January 10, 2012