Ronald Weaver V-99024
P.O. Box 5242
Corcoran, Ca. 93212
(in pro per)



FILED

MAR 0 2 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ARTHUR WEAVER, | Case no.: 10cv0655 LAB(POR) |
| Petitioner, | |
| v. | NOTICE OF APPEAL |
| KEN CLARK, WARDEN, CSATF, | |
| Respondent. | |

    Petitioner, Ronald Arthur Weaver, appearing in pro per, hereby appeals from the judgment of the court denying the Petition for Writ of Habeas Corpus in the above entitled action. Said judgment was entered January 10, 2012, by Hon. Larry A. Burns.

    Concurrently herewith, Petitioner requests that the District Court issue a Certificate of Appealability. An application for COA is being contemporaneously filed.

Dated: February 28, 2012

Respectfully submitted,

Ronald Weaver,
Petitioner, in pro per.

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) SS
COUNTY OF KINGS )

I, __Ronald Weaver__ am a resident of the State of California, am over the age of eighteen years and am/~~XXXXX~~ a party to the above-entitled action. My address is listed below.

On __February 28, 2012__, I served the following documents:

**Notice of appeal**

by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at S.A.T.F. State Prison, Corcoran, California, addressed as follows:

| | |
|---|---|
| U.S. District Court<br>Clerk's office<br>880 Front St., Ste. 4290<br>San Diego, Ca. 92101-8900 | Attorney General's Office<br>Attn: Matthew Mulford<br>P.O. Box 85266<br>San Diego, Ca. 92186-5266 |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of Kings, California on __February 28, 2012__.

__Ronald Weaver__                  _[signature]_
[Type/Print Name of Sender]         Signature Above]

__V-99024__                         __E3-124__
[CDCR Prisoner Number               Housing Location]

S.A.T.F. State Prison
Post Office Box 5242
Corcoran, California 93212-5242

Pursuant to the holding of the United States Supreme Court in *Houston v. Lack*, 108 S.Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245, (1988), the Ninth Circuit holding in *Huizar v. Carey*, 273 F.3d 1220 (9th Cir. 2001), FRAP, Rule 4(c), the holdings of the California Supreme Court in *Silverbrand v. County of Los Angeles*, 46 Cal.4th 106 (2009) and *In re Jordan*, 4 Cal.4th 116, 119 (1992) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

RONALD WEAVER V99024
CSATF-E3-124
P.O. BOX 5242
CORCORAN CA. 93212

U.S. DISTRICT COU
CLERK'S OFFICE
880 FRONT ST., S?
SAN DIEGO, CA. 92




LEGAL MAIL

LEGAL MAIL

